**Carol SHORES, Respondent,**

v.

**Andrew E. SHORES, Appellant.**

**No. 50534.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 28, 1986.

Robert C. Babione, St. Louis, for appellant.

Irvin Dubinsky, St. Louis, for respondent.

**PER CURIAM.**

Former husband appeals from denial of a motion to quash execution and garnishment for non-payment of an October 23, 1978, maintenance award. No precedential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).